In the Matter of the Claim of MARY RAMSEY, Respondent, against GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of HELEN B. RYAN, Respondent, against SYRACUSE ORNAMENTAL COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— In part his opinion was based on the fact the "malignant growth appeared at the exact site of injury". We feel there is substantial evidence to support the findings of the board. Decision and award unanimously affirmed, with costs to the Workmen's Compensation Board. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of LOUIS ROTUNDO, Respondent, against TODD SHIPYARDS CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See ante, p. 961; 280 App. Div. 904.]